

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | BY DEPUTY |
| | § | |
| v. | § | No. 6:16CR 26 |
| | § | JUDGE MHS / JDL |
| JAIME REYES-FLORES | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation: 21 U.S.C. § 841(a)(1)
> (Possession with intent to distribute greater than
> 20 grams but less than 150 grams of
> methamphetamine (actual) and less than 112
> grams of cocaine base "crack cocaine")

On or about March 16, 2016, in Tyler, Smith County, within the Eastern District of

Texas, **Jaime Reyes-Flores**, the defendant herein, did knowingly, intentionally, and

unlawfully possess with the intent to distribute greater than 20 grams but less than 150

grams of methamphetamine (actual) and less than 112 grams of cocaine base, also known

as "crack cocaine", both schedule II controlled substances, all in violation of 21 U.S.C. §

841 (a)(1).

**Indictment - Page 1**

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### Pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461

As the result of committing one or more of the foregoing offenses [21 U.S.C. § 841(a)(1)] alleged in this indictment, the defendant herein shall forfeit to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461:

1.   any property constituting, or derived from, and proceeds the defendant obtained, directly or indirectly, as the result of such violation;

2.   any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, and/or,

3.   any and all firearms, ammunition and accessories seized from the defendant.

## Cash Proceeds:

$50,000 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is proceeds obtained directly or indirectly as a result of the commission of the aforesaid violations.

**Substitute Assets**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants -

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with a third person;

(c)   has been placed beyond the jurisdiction of the court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable

property, including but not limited to all property, both real and personal owned by the defendants.

By virtue of the commission of the offenses alleged in this indictment, any and all interest the defendants have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461.

A TRUE BILL

GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

ALLEN H. HURST
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)

Date   4/20/16

Indictment - Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

UNITED STATES OF AMERICA § 
§
V. § CRIMINAL NO. 6:16CR_____
§ JUDGE_____
JAIME REYES-FLORES §

## NOTICE OF PENALTY

### COUNT ONE

Violation:  21 U.S.C. § 841(a)(1) (Possession with intent to distribute greater than 20 grams but less than 150 grams of methamphetamine (actual) and less than 112 grams of cocaine base "crack cocaine")

Penalty:  Imprisonment for a term of not less than 5 years or more than 40 years, a fine not to exceed $5,000,000, or both. A term of supervised release of at least 4 years in addition to such term of imprisonment.

Special Assessment:  $100.00